UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-29-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE JAIME RAMIRO-TORRES | NOTICE OF APPEARANCE |

    Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

    Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on August 23, 2018, using the CM/ECF system which will send notification of such filing to the above.

    Respectfully submitted this 23rd day of August, 2018.

                                               G. ALAN DuBOIS
                                               Federal Public Defender

                                               /s/ James E. Todd, Jr.
                                               JAMES E. TODD, JR.
                                               Assistant Federal Public Defender
                                               Attorney for Defendant
                                               Office of the Federal Public Defender
                                               201 South Evans Street, Suite 153
                                               Greenville, North Carolina 27858
                                               Telephone: 252-830-2620
                                               Fax: 252-830-2232
                                               E-mail: Jay_Todd@fd.org
                                               N.C. State Bar No. 28832
                                               LR 57.1 Counsel
                                               Appointed